IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Brandon Thompson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Travis Bayler, *et al.*, )<br>)<br>Defendants. ) | No. 16-1493-SEM-TSH |

### MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendants, Travis Bayler, William Lee, Todd Punke, and Trevor Wilson, through their attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 41(b) and the Court's Scheduling Order (doc. 19), move to dismiss this action for the following reasons:

1. On March 16, 2017, Plaintiff filed his amended complaint alleging claims against Defendants Bayler, James, Lee, Pierce, Punke, Simpson, Wilson, and Jones. (Doc. 11.)

2. Following discovery and the filing of a dispositive motion, the remaining claims in this action are an Eighth Amendment condition of confinement claim against Defendants Bayler, Lee, Punke, and Wilson, and a First Amendment retaliation claim against Defendant Wilson. (Doc. 49.)

3. In ruling on Defendants' dispositive motion, the Court referred this matter for settlement conference before Magistrate Judge Schanzle-Haskins, which is currently set for April 10, 2019. (Ct's Mar. 13, 2019 Order.)

4. Defendants now move to dismiss this action because Plaintiff has paroled from the Illinois Department of Corrections and failed to update his address or provide a phone number.

5. In the Court's Scheduling Order, the Court admonished Plaintiff that he had to

inform the Clerk of Court, in writing, of his current address and, if released from detention, his phone number. (Doc. 19, ¶27.) The Court warned failure to do so would result in dismissal of this case, with prejudice. *Id.*

6. Based on available records of the Illinois Department of Corrections, Plaintiff paroled from Lawrence Correctional Center on February 19, 2019. *See* IDOC Inmate Search for Brandon Thompson, M32835, http://www.idoc.state.il.us/subsections/search/ISinms2.asp (last visited Mar. 28, 2019), attached hereto as Exhibit 1.

7. Plaintiff has not filed anything in this case to reflect that he has been paroled and has not filed anything reflecting his current address or phone number.

8. Accordingly, Defendants move to dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with the Court's Scheduling Order by not providing his current address and phone number.

Wherefore, for the above and foregoing reasons, Defendants respectfully request this honorable Court grant their motion and dismiss this action with prejudice.

Respectfully submitted,

Travis Bayler, William Lee, Todd Punke, and Trevor Wilson,

Defendants,

Kwame Raoul, Illinois Attorney General,

Attorney for Defendants,

By: s/Jeremy C. Tyrrell
Jeremy C. Tyrrell
Assistant Attorney General

Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-mail: jtyrrell@atg.state.il.us

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Brandon Thompson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16-1493-SEM-TSH |
| | ) | |
| Travis Bayler, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 29, 2019, the foregoing document, *Motion to Dismiss for Failure to Prosecute*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

Brandon Thompson #M-32835
Lawrence Correctional Center
Inmate Mail/Parcels
10930 Lawrence Road
Sumner, IL   62466

Respectfully submitted,

s/Jeremy C. Tyrrell
Jeremy C. Tyrrell, #6321649
Assistant Attorney General

3