Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| Brandon Ezekiel Thompson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 16-1493 |
| | ) | |
| Travis Bayler, Jacqueline Melvin, | ) | |
| William Lee, Trevor Wilson, | ) | |
| Todd Punke; Guy Pierce, | ) | |
| Sharon Simpson and Donna Jones, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice. Plaintiff takes nothing.

**Dated: April 24, 2019**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:    s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge